UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MELVIN FELIZ,<br>IRVING OLIVERO-PENA, a/k/a<br>Fausto Molina, and<br>ROBERT CRAWFORD,<br><br>**Defendants** | Crim. No. 14-327 (KM)<br><br>ORDER |

IT IS this 5th day of December, 2014

ORDERED that the letter of counsel David Touger, dated December 4, 2015 (ECF no. 80), considered as a motion for reconsideration of the court's partial denial of a bill of particulars, is **DENIED**. The Motion for Reconsideration filed on behalf of Defendant Melvin Feliz (ECF no. 81) is likewise **DENIED**.

                                                    _____
                                                    **HON. KEVIN MCNULTY**
                                                    **United States District Judge**